1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | ) Case No.: 14-CV-03221-LHK |
| Plaintiff, | ) |
| | ) ORDER GRANTING JOINT MOTION |
| v. | ) TO DISMISS |
| | ) |
| DASSAULT SYSTEMES SOLIDWORKS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the parties' joint motion to dismiss, ECF No. 33, this matter is hereby DISMISSED with prejudice. The parties shall pay their own costs and expenses relating to this matter. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 14-CV-03221-LHK
ORDER GRANTING JOINT MOTION TO DISMISS